# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DRL ENTERPRISES, INC., and )
REPUBLIC TOBACCO L.P., )   Case No. 12-cv-1385
                                 )
        Plaintiffs, )
                                 )
v. )
                                 )   Honorable Ruben Castillo
GREEN PLANET, INC., )
                                 )
        Defendant )

## STIPULATED REQUEST FOR EXTENSION OF TIME
## FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Defendant, Green Planet, Inc. by and through their undersigned attorney, note that the

deadline for Defendant to answer or otherwise plead in response to the Complaint is:

- Currently set at Friday March 23, 2012; and

- Extended by agreement of the parties to Friday March 30, 2012.

Plaintiff, DRL Enterprises and Republic Tobacco, LP, by and through its attorney, Tony

McShane of Neal, Gerber & Eisenberg, LLP, has stipulated to this extension and authorized the

undersigned to make this representation to the Court.

Respectfully submitted

DATED: March 16, 2012

By:     s/Sarah E. Fendrick

Sarah E. Fendrick (06299754)
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Tel:  (312) 913-0001
Fax:  (312) 913-0002
Email: fendrick@mbhb.com

Attorney for Defendant, Green Planet, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons at the given e-mail addresses:

Antony J. McShane
Katherine Dennis Nye
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747
amcshane@ngelaw.com
knye@ngelaw.com

s/Sarah E. Fendrick