# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DRL ENTERPRISES, INC., and REPUBLIC TOBACCO L.P., | ) ) ) |
| Plaintiffs, | ) ) Judge Ruben Castillo ) |
| v. | ) ) |
| GREEN PLANET, INC., | ) Case No. 12-CV-01385 ) |
| Defendant. | ) ) |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs DRL Enterprises, Inc. and Republic Tobacco L.P. move this Court for the entry of a Consent Judgment. In support of this motion, Plaintiffs state as follows:

1. On February 27, 2012, Plaintiffs filed a complaint against Defendant under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and state law, for injunctive relief and damages and seeking cancellation of a U.S. Trademark Registration for one of Defendant's trademarks.

2. On March 2, 2012, Defendant was served with a copy of the complaint and summons. Defendant has not yet answered the Complaint.

3. On April 9, 2012, the parties have entered into a Settlement Agreement pursuant to which Plaintiffs would withdraw its claim for cancellation of defendant's registration and that the parties would thereafter jointly move the court to enter a Consent Judgment, a copy of which is attached hereto.

4. On April 13, 2012, pursuant to Rule 15(a) of the Federal Rules of Court Procedure, Plaintiffs filed their Amended Complaint thereby withdrawing, without prejudice, its claim for cancellation of defendant's trademark registration.

5. Having reached a settlement, and agreeing to resolve the remaining claims in this matter by the entry of the attached Consent Judgment, the parties jointly move this court for its entry.

**WHEREFORE**, the Plaintiffs request the entry of the attached Consent Judgment.

| | |
|---|---|
| Dated: April 13, 2012 | /s/ Antony J. McShane<br>One of the Attorneys for Plaintiffs,<br>DRL Enterprises, Inc. and<br>Republic Tobacco, L.P. |

Antony J. McShane
Katherine Dennis Nye
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

## **CERTIFICATE OF SERVICE**

      I, Katherine Dennis Nye, an attorney, state that I served a copy of the foregoing *Agreed Motion for Entry of Consent Judgment* upon:

| | |
|---|---|
| Robert J. Lauson | Sarah Emily Fendrick |
| Lauson & Tarver LLP | McDonnell Boehnen Hulbert & Berghoff LLP |
| 880 Apollo Street, Suite 301 | 300 South Wacker Drive, Suite 3100 |
| El Segundo, CA  90245 | Chicago, IL 60606 |

by the ECF system.

Dated: April 13, 2012             /s/ Antony J. McShane
                                                       Antony J. McShane

NGEDOCS: 1893859.2